■ In the Matter of CLAY DEAR, Respondent, v SUSAN DEAR, Appellant.—Appeal from an order of the Family Court, Kings County, dated April 3, 1987.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Judge Pearce in her oral decision. Kunzeman, J. P., Eiber, Sullivan and Balletta, JJ., concur.